BECK LAW OFFICES
Larry Beck
Will Murphy
8884 North Government Way, Suite D
P.O. Box 1390
Hayden, ID 83835-1390
Telephone: (208) 772-4400
Facsimile:  (208) 772-7243
larry@becklawidaho.com
Idaho State Bar No. 3751
Attorneys for Plaintiff

| | |
|---|---|
| DANIEL SOUMAS AND VALERIE SOUMAS, husband and wife,<br>          Plaintiffs,<br>     v.<br><br>KOOTENAI COUNTY, IDAHO, a political subdivision of the State of Idaho; and BEN WOLFINGER, Sheriff of Kootenai County, Idaho, in both his official and individual capacities.<br><br>          Defendants. | Case No.: **2:18-CV-00138-SM**<br><br>**COUNSELS' COMBINED STATUS REPORT RE SETTLEMENT PROGRESS AND MEDIATION** |

**COMES NOW** the above-entitled Plaintiffs' counsel, Larry Beck and Will Murphy, of Beck Law Offices, Hayden, Idaho, and the above-entitled Defendants' counsel, Bentley G. Stromberg, of Clements, Brown & McNichols, P.A., Lewiston, Idaho, and hereby jointly file with the Court COUNSELS' COMBINED STATUS REPORT RE: SETTLEMENT PROGRESS AND MEDIATION, as required by the Court on Page Two of the Court's Scheduling Order.

As mentioned to the Court previously, neither party felt that serious settlement discussions could occur until the parties had completed their Damages Expert Witness Disclosures, and the Defense had a reasonable opportunity to depose each of the Plaintiffs regarding the damages they have claimed to have suffered from as a result of Plaintiff Daniel Soumas's termination from his employment with Defendant Kootenai County. Those depositions were completed by Defense counsel on August 28, 2020. Mediation is scheduled to take place on September 22, 2020. The parties intend to submit mediation briefs to the mediator prior to the

**PLAINTIFFS' COMBINED STATUS REPORT RE: SETTLEMENT PROGRESS AND MEDIATION**                                                                                                                                 **1**

mediation, and to fully explore settlement during the mediation. The parties intend to advise the Court following the mediation as to whether the case is resolved at the mediation. No other settlement discussions have taken place to date.

DATED this 1st day of September, 2020.

**BECK LAW OFFICES**

BY: _____/S/_____
Lawrence R. Beck
Attorney for Plaintiffs


**CLEMENTS, BROWN & MCNICHOLS, P.A.**

BY: _____/S/_____
Bentley G. Stromberg
Attorney for Defendants

**PLAINTIFFS' COMBINED STATUS REPORT RE: SETTLEMENT PROGRESS AND MEDIATION**  2

## CERTIFICATE OF DELIVERY

I HEREBY CERTIFY that on the 1ST day of September, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person:

Bentley G. Stromberg
Clements, Brown & McNichols, P.A.
321 13th Street
Post Office Box 1510
Lewiston, ID 83501
Fax No.: (208) 746-0753
bstromberg@clbrmc.com
cmoore@clbrmc.com

**BECK LAW OFFICES**

By:  /S/ Larry Beck
Larry Beck
Attorney for Plaintiffs
Beck Law offices
8884 N. Gov't Way, STE D
Hayden, ID   83835
Tel:  208 772-4400
Fax:  208772-7243
larry@becklawidaho.com

**PLAINTIFFS' COMBINED STATUS REPORT RE: SETTLEMENT PROGRESS AND MEDIATION**  3