BECK LAW OFFICES
Larry Beck
Will Murphy
8884 North Government Way, Suite D
P.O. Box 1390
Hayden, ID 83835-1390
Telephone: (208) 772-4400
Facsimile:  (208) 772-7243
larry@becklawidaho.com
Idaho State Bar No. 3751
Attorneys for Plaintiff

| | |
|---|---|
| DANIEL SOUMAS AND VALERIE SOUMAS, husband and wife,<br>        Plaintiffs,<br>  v.<br><br>KOOTENAI COUNTY, IDAHO, a political subdivision of the State of Idaho; and BEN WOLFINGER, Sheriff of Kootenai County, Idaho, in both his official and individual capacities.<br><br>        Defendants. | Case No.: **2:18-CV-00138-SM**<br><br>**PLAINTIFFS' NOTICE OF TO-BE-ADJUDICATED CLAIMS** |

**COMES NOW** the above-entitled Plaintiffs, by and through their counsel, Larry Beck and Will Murphy, of Beck Law Offices, Hayden, Idaho, and hereby file with the Court PLAINTIFFS' NOTICE OF TO-BE-ADJUDICATED CLAIMS, as required by the Court on Page Five of the Scheduling Order. Plaintiffs intend to litigate at trial all claims stated in Plaintiffs' Complaint, and all Amendments thereto, except for those claims dismissed by the Court in its SECOND ORDER GRANTING IN PART, AND DISMISSING IN PART, DEFENDANTS' MOTION FOR SUMMARY JUDGMENT. More specifically, Plaintiffs intend to litigate the following claims:

1.      Whether or not Plaintiff Dan Soumas's termination from employment by Defendants' resulted in a violation of his constitutionally protected liberty interest to work in his chosen field – and any and all damages resulting therefrom;

2. Whether or not Plaintiff Dan Soumas's termination from employment by Defendants' resulted in a violation of state law whistleblower protections afforded to him pursuant to Idaho Code Sections 6-2101, *et seq,* and any and all damages resulting therefrom;

3. Whether or not Plaintiff Dan Soumas's termination from employment by Defendants' resulted in Plaintiff Val Soumas suffering from a loss of society, companionship and consortium, and any and all damages resulting therefrom; and

4. Whether or not Plaintiffs are entitled to an award of reasonable attorney's fees and costs should they prevail on any of the claims.

DATED this 4th day of September, 2020.

**BECK LAW OFFICES**

BY: _____/S/_____
Lawrence R. Beck
Attorney for Plaintiffs

## CERTIFICATE OF DELIVERY

I HEREBY CERTIFY that on the 4th day of September, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person:

Bentley G. Stromberg
Clements, Brown & McNichols, P.A.
321 13th Street
Post Office Box 1510
Lewiston, ID 83501
Fax No.: (208) 746-0753
bstromberg@clbrmc.com
cmoore@clbrmc.com


**BECK LAW OFFICES**

By:       */S/ Larry Beck*
Larry Beck
Attorney for Plaintiffs
Beck Law offices
8884 N. Gov't Way, STE D
Hayden, ID   83835
Tel:  208 772-4400
Fax:  208772-7243
larry@becklawidaho.com