BECK LAW OFFICES
Larry Beck
Will Murphy
8884 North Government Way, Suite D
P.O. Box 1390
Hayden, ID 83835-1390
Telephone: (208) 772-4400
Facsimile:  (208) 772-7243
larry@becklawidaho.com
Idaho State Bar No. 3751
Attorneys for Plaintiff

| | |
|---|---|
| DANIEL SOUMAS AND VALERIE SOUMAS, husband and wife,<br>    Plaintiffs,<br>       v.<br><br>KOOTENAI COUNTY, IDAHO, a political subdivision of the State of Idaho; and BEN WOLFINGER, Sheriff of Kootenai County, Idaho, in both his official and individual capacities.<br><br>                    Defendants. | Case No.: **2:18-CV-00138-SM**<br><br>**COUNSELS' COMBINED STATUS REPORT RE SETTLEMENT PROGRESS AFTER MEDIATION** |

**COMES NOW** the above-entitled Plaintiffs' counsel, Larry Beck and Will Murphy, of Beck Law Offices, Hayden, Idaho, and the above-entitled Defendants' counsel, Bentley G. Stromberg, of Clements, Brown & McNichols, P.A., Lewiston, Idaho, and hereby jointly file with the Court COUNSELS' COMBINED STATUS REPORT RE: SETTLEMENT PROGRESS AFTER MEDIATION.

As reported to the Court previously, mediation was scheduled in this matter for September 22, 2020, and said mediation did occur on that date. The parties negotiated at mediation for a full day, and were successful in reaching agreement on the consideration to be paid by Defendants' insurer to Plaintiffs, and additional non-monetary consideration to be made by Defendants to Plaintiffs. The parties are in the process of working out some complicated language to be included in the Release Agreement, and expect to have those issues resolved by the middle of next week (October 14-15, 2020). Assuming that reasonable Release language can be agreed

**PLAINTIFFS' COMBINED STATUS REPORT RE SETTLEMENT PROGRESS AFTER MEDIATION        1**

upon by the parties by that time, the parties expect to promptly file with the Court a Stipulation and Proposed Order for Dismissal of the pending lawsuit.

DATED this 9th day of October, 2020.

**BECK LAW OFFICES**

BY: _____/S/_____
Lawrence R. Beck
Attorney for Plaintiffs


**CLEMENTS, BROWN & MCNICHOLS, P.A.**

BY: _____/S/_____
Bentley G. Stromberg
Attorney for Defendants

**CERTIFICATE OF DELIVERY**

      I HEREBY CERTIFY that on the 9TH day of October , 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person:

Bentley G. Stromberg
Clements, Brown & McNichols, P.A.
321 13th Street
Post Office Box 1510
Lewiston, ID 83501
Fax No.: (208) 746-0753
bstromberg@clbrmc.com
cmoore@clbrmc.com


**BECK LAW OFFICES**

By:       */S/ Larry Beck*
     Larry Beck
     Attorney for Plaintiffs
     Beck Law offices
     8884 N. Gov't Way, STE D
     Hayden, ID   83835
     Tel:  208 772-4400
     Fax:  208772-7243
     larry@becklawidaho.com