BECK LAW OFFICES
Larry Beck
Will Murphy
8884 North Government Way, Suite D
P.O. Box 1390
Hayden, ID 83835-1390
Telephone: (208) 772-4400
Facsimile:  (208) 772-7243
larry@becklawidaho.com
Idaho State Bar No. 3751
Attorneys for Plaintiff

| | |
|---|---|
| DANIEL SOUMAS AND VALERIE SOUMAS, husband and wife,<br>    Plaintiffs,<br>v.<br><br>KOOTENAI COUNTY, IDAHO, a political subdivision of the State of Idaho; and BEN WOLFINGER, Sheriff of Kootenai County, Idaho, in both his official and individual capacities.<br><br>    Defendants. | Case No.: **2:18-CV-00138-SM**<br><br>**COUNSELS' SECOND COMBINED STATUS REPORT RE SETTLEMENT PROGRESS AFTER MEDIATION** |

**COMES NOW** the above-entitled Plaintiffs' counsel, Larry Beck and Will Murphy, of Beck Law Offices, Hayden, Idaho, and the above-entitled Defendants' counsel, Bentley G. Stromberg, of Clements, Brown & McNichols, P.A., Lewiston, Idaho, and hereby jointly file with the Court COUNSELS' SECOND COMBINED STATUS REPORT RE: SETTLEMENT PROGRESS AFTER MEDIATION.

As reported to the Court previously, the parties were working on resolving some complicated language to be included in the Release Agreement. The parties have resolved those issues, and a Release Of All Claims Agreement has been fully executed. The  consideration will be exchanged by Friday, November 6, 2020.  The Stipulation and proposed Order for Dismissal will be -filed with the Court on  November 6, 2020. Therefore, the parties' understanding is that this case will be dismissed when the Court enters the Order of Dismissal on or shortly after November 6, 2020.

**PLAINTIFFS' SECOND COMBINED STATUS REPORT RE SETTLEMENT**
**PROGRESS AFTER MEDIATION**                                                                                                                                1

DATED this 30th day of October, 2020.

**BECK LAW OFFICES**

BY: _____/S/_____
Lawrence R. Beck
Attorney for Plaintiffs

DATED this 30th day of October, 2020.

**CLEMENTS, BROWN & MCNICHOLS, P.A.**

BY: _____/S/_____
Bentley G. Stromberg
Attorney for Defendants

## CERTIFICATE OF DELIVERY

I HEREBY CERTIFY that on the 30th day of October , 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person:

Bentley G. Stromberg
Clements, Brown & McNichols, P.A.
321 13th Street
Post Office Box 1510
Lewiston, ID 83501
Fax No.: (208) 746-0753
bstromberg@clbrmc.com
cmoore@clbrmc.com


**BECK LAW OFFICES**

By:        */S/ Larry Beck*
Larry Beck
Attorney for Plaintiffs
Beck Law offices
8884 N. Gov't Way, STE D
Hayden, ID   83835
Tel:  208 772-4400
Fax:  208772-7243
larry@becklawidaho.com

**PLAINTIFFS' SECOND COMBINED STATUS REPORT RE SETTLEMENT
PROGRESS AFTER MEDIATION** 3