Bentley G. Stromberg
CLEMENTS, BROWN & McNICHOLS, P.A.
Attorneys at Law
321 13th Street
Post Office Box 1510
Lewiston, Idaho 83501
(208) 743-6538
(208) 746-0753 (Facsimile)
ISB No. 3737

    Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DANIEL SOUMAS AND VALERIE SOUMAS, husband and wife,<br><br>    Plaintiffs,<br><br>vs.<br><br>KOOTENAI COUNTY, IDAHO, a political subdivision of the State of Idaho; and BEN WOLFINGER, in his official capacity as Sheriff of Kootenai County, Idaho,<br><br>    Defendants. | Case No. 2:18-cv-00138-SM<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

    Plaintiffs, by and through their attorney, Lawrence R. Beck and defendants, Kootenai County, Idaho, and Ben Wolfinger by and through their attorney, Bentley G. Stromberg, stipulate that plaintiffs' Complaint be dismissed with prejudice in its entirety and without costs or attorneys' fees to any party.

STIPULATION FOR DISMISSAL
WITH PREJUDICE                          –1–

DATED this 6th day of November 2020.

                        BECK LAW OFFICES

                        By   /s/_____
                            LAWRENCE R. BECK
                            Attorneys for Plaintiffs

DATED this 6th day of November 2020.

                        CLEMENTS, BROWN & McNICHOLS, P.A.

                        By   /s/_____
                            BENTLEY G. STROMBERG
                            Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person:

Larry Beck
Will Murphy
larry@becklawidaho.com

                                 /s/_____
                                 Bentley G. Stromberg